OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

October 10, 2023

Ellen Crisham-Pellegrini, Esq.
Cody L. Reaves, Esq.
Gordon D. Todd, Esq.
Abby N. Trovinger, Esq.

RE: Fernando Nunez, Jr. v. Tom Wolf, et al
Case Number: 22-3076
District Court Case Number: 3-15-cv-01573

Dear Counsel:

The parties are hereby directed to submit supplemental letter briefs addressing, whether in view of Mr. Nunez's transfer from SCI-Huntington to SCI-Mahanoy, some or all of the claims raised in his current complaint are moot. See Sutton v. Rasheed, 323 F.3d 236, 248 (3d Cir. 2003) (per curiam). Such letter briefs shall be no more than three pages, single-spaced, and shall be filed on or before October 20, 2023.

Very truly yours,

*/s/ Patricia A. Dodszuweit*

PATRICIA S. DODSZUWEIT
Clerk

By:

*/s/ Ashley M. Ritz*

Ashley Ritz
Calendar Clerk
267-299-4947