# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 22-3076

Fernando Nunez, Jr. v. Tom Wolf, et al.

(District Court No. 3:15-cv-01573)

## APPELLEES' LETTER BRIEF REGARDING MOOTNESS

On October 10, 2023, this Honorable Court directed counsel to address any issues of mootness in the above case, given the fact that Nunez has transferred from the Pennsylvania prison where he was being housed at the time of the filing of the amended complaint in light of *Sutton v. Rasheed*, 323 F.3d 236, 248 (3rd Cir. 2003) (Doc. 44). This letter brief serves as Appellees' response.

The *Sutton* court held, in relevant part:

> An inmate's transfer from the facility complained of generally moots the equitable and declaratory claims. But these claims are not mooted when a challenged action is (1) too short in duration to be fully litigated prior to its cessation or expiration; and (2) there is a reasonable likelihood that the same complaining party would be subjected to the same action again… [T]he dismissal of an action on mootness grounds requires the defendant to demonstrate that there is no reasonable expectation that the wrong will be repeated.

*Id*. at 248. (internal citations and quotations omitted).

In the present case, Nunez was housed at the State Correctional Institution at Huntingdon ("SCI-Huntingdon") at the time of the filing of the original complaint,

1

and is now being housed at the State Correctional Institution at Mahanoy ("SCI-Mahanoy"). It is Appellees' position that reasonable expectation is that the same result would occur at any Pennsylvania prison with regard to the issues of conjugal visits and circumcision. However, with regard to the congregate prayer accommodation, Nunez would be permitted to pray with his family *virtually* in the manner he deems necessary in his Amended Complaint (JA049).

Virtual visitation was introduced as an option at state prisons after COVID thwarted in person visits. SCI-Mahanoy has a virtual visitation station that consists of one virtual viewing kiosk inside a small room. When engaged in a virtual call, the inmate has privacy from other inmates but there is a window in the door to the room that allows for security personnel to see in to monitor the inmate for security purposes. Nunez would be permitted to pray in a congregate manner as described in his Amended Complaint during a virtual visit with his family. Appellees argue that this offers a least restrictive means at SCI-Mahanoy that was not in existence at the time Nunez began this lawsuit at SCI-Huntingdon, which provides another least restrictive means to consider in this case.

                                      Respectfully submitted,

                                      /s/ Abby N. Trovinger
                                      Abby N. Trovinger, Assistant Counsel
                                      Attorney I.D. PA 308329
                                      Pennsylvania Department of Corrections

Dated:   October 13, 2023

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 22-3076

Fernando Nunez, Jr. v. Tom Wolf, et al.

(District Court No. 3:15-cv-01573)

## CERTIFICATE OF SERVICE

I hereby certify that I am this day providing a true and correct copy of the *Appellee's Letter Brief Regarding Mootness* to all listed counsel of record via ECF as required by procedural rules.

>                                    /s/ Abby Trovinger
>                                    Abby Trovinger
>                                    Assistant Counsel
>                                    Pennsylvania Department of Corrections

Dated:   October 13, 2023