UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 22-3076

Fernando Nunez, Jr. v. Tom Wolf, et al.

(District Court No. 3:15-cv-01573)

**APPELLEES' SUPPLEMENTAL LETTER BRIEF ADDRESSING COURT INQUIRIES**

  On November 1, 2023, undersigned counsel argued on behalf of Appellees in the above appeal. On November 9, 2023, this Honorable Court directed counsel to address the following three inquiries brought up by the Court at oral argument:

  (1) whether the DOC's Private Viewings & Deathbed Visits policy, found at JA 220, permits inmates to visit without a guard stationed in the room;

  (2) whether there are any other instances, including attorney visits, where no guard is stationed in the room; and

  (3) the frequency with which inmates are permitted to engage in congregate prayer with other inmates and for what occasions."

(Doc. 53). This letter brief serves as Appellees' response.

  With regard to inquiry number 1, Department policy does not specifically address the issue of whether an officer needs to be stationed in the room. However, the glossary defines a deathbed visit and private viewing as a "supervised visit." (JA 223-224). From a Department perspective, security during deathbed visits and private viewings is paramount; the degree of supervision that is required for each individual inmate guides Department decisions on how to best staff and carry out each visit.

  With regard to inquiry number 2, an officer is typically not posted inside a room where attorney visits, video visits, deathbed visits, tele-med visits, or court video conferences take place. However, each of the locations where these events take place allow for visual supervision of the encounter, and officers within very close proximity for intervention if necessary. Aside from these examples (which

include Appellees' best attempt to answer a broad inquiry), daily visits between inmates and members of the general public on their visiting lists are always supervised with an officer in the direct vicinity of the visit.

With regard to inquiry number 3, inmates of all faiths have the opportunity to gather weekly for worship (which includes congregate prayer) in the prison chapel. In addition, inmates can engage in congregate prayer with other inmates at respective holy day services held in the chapel (e.g., Muslims: Eid al-Fitr, Eid al-Adha; Catholic Christians: Days of Holy Obligation; Protestant Christians: Holy Week and Christmas services; Jews: Purim, Passover, Rosh Hashanah, Yom Kippur, etc.). Congregate/group prayer is also often incorporated into weekly religious instruction classes for each faith community, held in either the chapel or classrooms. Evening congregate prayer is accommodated for Muslim inmates during the month of Ramadan, and for those inmates who identify as Jewish during Hanukkah.

        Respectfully submitted,

        /s/ Abby N. Trovinger
        Abby N. Trovinger, Assistant Counsel
        Attorney I.D. PA 308329
        Pennsylvania Department of Corrections

Dated: November 15, 2023

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 22-3076

Fernando Nunez, Jr. v. Tom Wolf, et al.

(District Court No. 3:15-cv-01573)

## CERTIFICATE OF SERVICE

I hereby certify that I am this day providing a true and correct copy of the *Appellees' Supplemental Letter Brief Addressing Court Inquiries* to all listed counsel of record via ECF as required by procedural rules.

/s/ Abby Trovinger
Abby Trovinger
Assistant Counsel
Pennsylvania Department of Corrections

Dated:   November 15, 2023